**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 20-30541-HCM** |
| **JOSE A. DE SANTIAGO** | § | |
| **JOSEFINA VELEZ DE SANTIAGO** | § | |
| Debtors | § | **Chapter 7** |

### OBJECTION TO CLAIM OF EXEMPTIONS

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

Ronald Ingalls, Trustee, files this Objection to Claim of Exemptions and would show the Court as follows:

1.      The Debtors filed this case on April 24, 2020.  The Debtors have claimed the Texas Property Code exemptions available pursuant to the §41.001(a), §42.002.  The Debtors listed and claimed as exempt a 2013 Freightliner Cascadia and a 2004 utility Trailer, items A/B 3.3 and 3.7, respectively.

2.       The Trustee objects to the claims of exemption.  The Property Code allows the exemption of tools of the trade. Section 42.002(4) allows for the exemption of "tools, equipment, books, and apparatus, including boats and motor vehicles used in a trade or profession."

3.      Mr.  De Santiago formerly was a truck driver with a commercial drivers license ("CDL").  However, he testified at the § 341 meeting that his CDL had been revoked because of his failing eyesight. Mrs. De Santiago has never had a CDL.

4.      The Trustee objects to the claim of exemption because neither debtor can use this truck and trailer in a trade or profession.

5.      The Trustee requests an order denying the claim of exemption and ordering the turnover of the truck and trailer to him as the trustee for this estate.

WHEREFORE PREMISES CONSIDERED, Ronald Ingalls, Trustee, prays that the Court disallow the Debtor's claim of exemption of the 2013 Freightliner Cascadia and a 2004 utility Trailer, and for other just relief.

Respectfully submitted,

/s/ Ronald Ingalls
Ronald Ingalls, Trustee
SBT 10391900
PO Box 2867
Fredericksburg, Texas 78624-1927
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ron@ingallstrustee.com

## CERTIFICATE OF SERVICE

he signature above certifies that a true and correct copy of the foregoing document has been served by first class, U.S. mail, postage prepaid via the noticing center with service ordered on June 23, 2020, on:

United States Trustee - EP12                 Jose De Santiago and Josefina De Santiago
United States Trustee                             5664 Burning Tree Dr.
615 E Houston Ste 533                          El Paso, TX 79912
San Antonio, TX 78205-2055

                                                          Edgar J. Borrego
                                                          Tanzy & Borrego
                                                          2610 Montana Avenue
                                                          El Paso, TX 799033712